Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-381-787**

**Effective Date of Registration:**
November 02, 2023
**Registration Decision Date:**
February 08, 2024

---

## Title

**Title of Work:** A Famished Flamingo

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 10, 2016
**Nation of 1st Publication:** Spain

## Author

- **Author:** James Peter Ormiston
  **Author Created:** 2-D artwork
  **Citizen of:** New Zealand

## Copyright Claimant

**Copyright Claimant:** James Peter Ormiston
Carrer del Cardenal Cisneros, 4 bis atico, Santa Coloma de Gramenet, Barcelona, 08914, Spain.

## Rights and Permissions

**Name:** James Peter Ormiston
**Email:** james.p.ormiston@gmail.com

## Certification

**Name:** David Denholm
**Date:** November 02, 2023
**Applicant's Tracking Number:** JO2023110203

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-258

**Effective Date of Registration:**
November 03, 2023
**Registration Decision Date:**
February 05, 2024

---

### Title

| | |
|---|---|
| **Title of Work:** | Moon Banana |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 31, 2014 |
| **Nation of 1st Publication:** | Spain |

### Author

| | |
|---|---|
| **Author:** | James Peter Ormiston |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | New Zealand |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | James Peter Ormiston |
| | Carrer del Cardenal Cisneros, 4 bis ático, Santa Coloma de Gramenet, Barcelona, 08914, Spain |

### Rights and Permissions

| | |
|---|---|
| **Name:** | James Peter Ormiston |
| **Email:** | james.p.ormiston@gmail.com |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 03, 2023 |
| **Applicant's Tracking Number:** | JO2023110301 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-381-783**

**Effective Date of Registration:**
November 02, 2023
**Registration Decision Date:**
February 08, 2024

---

## Title

**Title of Work:** Lunar Fruit

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 13, 2014
**Nation of 1st Publication:** Spain

## Author

- **Author:** James Peter Ormiston
  **Author Created:** 2-D artwork
  **Citizen of:** New Zealand

## Copyright Claimant

**Copyright Claimant:** James Peter Ormiston
Carrer del Cardenal Cisneros, 4 bis atico, Santa Coloma de Gramenet, Barcelona, 08914, Spain

## Rights and Permissions

**Name:** James Peter Ormiston
**Email:** james.p.ormiston@gmail.com

## Certification

**Name:** David Denholm
**Date:** November 02, 2023
**Applicant's Tracking Number:** JO2023110201



Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-381-788**

**Effective Date of Registration:**
November 02, 2023
**Registration Decision Date:**
February 08, 2024

---

## Title
   **Title of Work:** Celestial Cephalopod

## Completion/Publication
   **Year of Completion:** 2013
   **Date of 1st Publication:** December 14, 2013
   **Nation of 1st Publication:** Spain

## Author
   - **Author:** James Peter Ormiston
     **Author Created:** 2-D artwork
     **Citizen of:** New Zealand

## Copyright Claimant
   **Copyright Claimant:** James Peter Ormiston
   Carrer del Cardenal Cisneros, 4 bis atico, Santa Coloma de Gramenet, Barcelona, 08914, Spain

## Rights and Permissions
   **Name:** James Peter Ormiston
   **Email:** james.p.ormiston@gmail.com

## Certification
   **Name:** David Denholm
   **Date:** November 02, 2023
   **Applicant's Tracking Number:** JO2023110202

Page 1 of 2

